# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 15-453V
Filed: November 24, 2015
Not for Publication

*************************************
ELAINE BRAUNSTEIN,      *
     *
     Petitioner,    *
     *
v.     *
     *
SECRETARY OF HEALTH    *
AND HUMAN SERVICES,    *
     *
     Respondent.   *
     *
*************************************

Damages decision based on proffer; influenza (flu) vaccine; shoulder injury related to vaccine administration (SIRVA)

Ronald C. Homer, Boston, MA, for petitioner.
Linda S. Renzi, Washington, DC, for respondent.

**MILLMAN, Special Master**

## DECISION AWARDING DAMAGES[1]

On May 4, 2015, petitioner filed a petition under the National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-10–34 (2012), alleging that she suffered a shoulder injury as a result of the influenza ("flu") vaccination she received on October 29, 2013. On August 26, 2015, respondent filed her Rule 4(c) Report, conceding that petitioner suffered from a shoulder injury related to vaccine administration ("SIRVA") and recommending compensation.

---

[1] Because this decision contains a reasoned explanation for the special master's action in this case, the special master intends to post this decision on the United States Court of Federal Claims's website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002). Vaccine Rule 18(b) states that all decisions of the special masters will be made available to the public unless they contain trade secrets or commercial or financial information that is privileged and confidential, or medical or similar information whose disclosure would constitute a clearly unwarranted invasion of privacy. When such a decision is filed, petitioner has 14 days to identify and move to redact such information prior to the document's disclosure. If the special master, upon review, agrees that the identified material fits within the banned categories listed above, the special master shall redact such material from public access.

On November 24, 2015, respondent filed Respondent's Proffer on Award of Compensation. The undersigned finds the terms of the proffer to be reasonable. Based on the record as a whole, the undersigned finds that petitioner is entitled to the award as stated in the proffer. Pursuant to the terms stated in the attached proffer, the court awards a lump sum payment of **$140,000.00**, representing all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). The award shall be in the form of a check for **$140,000.00** made payable to petitioner, Elaine Braunstein.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.[2]

**IT IS SO ORDERED.**

Dated: November 24, 2015                                    /s/ Laura D. Millman
                                                                       Laura D. Millman
                                                                       Special Master

---

[2] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party, either separately or jointly, filing a notice renouncing the right to seek review.

| | | | |
|---|---|---|---|
| ELAINE BRAUNSTEIN, | ) | | |
| | ) | | |
| Petitioner, | ) | No. 15-453V | |
| | ) | Special Master | |
| v. | ) | Millman | |
| | ) | ECF | |
| SECRETARY OF HEALTH | ) | | |
| AND HUMAN SERVICES, | ) | | |
| | ) | | |
| Respondent. | ) | | |
| | ) | | |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

### I.     Compensation for Vaccine Injury-Related Items:

Respondent proffers that based on the evidence of record, petitioner should be awarded $140,000.00. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a)(1); §15(a)(3)(B); and §15(a)(4). Petitioner agrees.

### II.     Form of the Award:

The parties recommend that the compensation provided to Elaine Braunstein should be made through a lump sum payment as described below, and request that the special master's decision and the Court's judgment award the following:[1]

A lump sum payment of $140,000.00 in the form of a check payable to petitioner, Elaine Braunstein. This amount accounts for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which petitioner would be entitled.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses and future pain and suffering.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

VINCENT J. MATANOSKI
Deputy Director
Torts Branch, Civil Division

MICHAEL P. MILMOE
Senior Trial Counsel
Torts Branch, Civil Division

*/s/ Linda S. Renzi*
LINDA S. RENZI
Senior Trial Counsel
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Direct dial: (202) 616-4133

Dated: November 20, 2015